# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 417 MAL 2014
:
              Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
           v. :
:
:
:
TODD RAE TARSELLI, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.